1

2

3

4

5

6

7                          UNITED STATES DISTRICT COURT

8                     FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   ANDREAU GERALD WILSON,                      No.  2:16-cv-2703 CKD P

11                  Petitioner,

12        v.                                      ORDER

13   SAN QUENTIN PRISON,

14                  Respondent.

15

16        Petitioner has requested the appointment of counsel.  There currently exists no absolute

17   right to appointment of counsel in habeas proceedings.  See Nevius v. Sumner, 105 F.3d 453, 460

18   (9th Cir. 1996).  However, 18 U.S.C. § 3006A authorizes the appointment of counsel at any stage

19   of the case "if the interests of justice so require."  See Rule 8(c), Fed. R. Governing § 2254 Cases.

20   In the present case, the court does not find that the interests of justice would be served by the

21   appointment of counsel at the present time.

22        Petitioner has also filed a motion for discovery.  This will be denied as premature, as he

23   has not yet filed an amended petition and no respondent has been served.  (See ECF No. 11.)

24        Accordingly, IT IS HEREBY ORDERED that:

25        1.  Petitioner's request for appointment of counsel (ECF No. 12) is denied without

26   prejudice to a renewal at a later stage of the proceedings; and

27   ////

28   ////

                                                  1

1      2.  Petitioner's motion for discovery (ECF No. 13) is denied as premature.

2    Dated:  February 15, 2017

3                                                    _____
                                                    CAROLYN K. DELANEY
4                                                    UNITED STATES MAGISTRATE JUDGE

5

6

7    2/kly
     wils2703.110

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28