UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREAU GERALD WILSON,<br><br>Petitioner,<br><br>v.<br><br>SAN QUENTIN PRISON,<br><br>Respondent. | No. 2:16-cv-2703 CKD P<br><br><br><br>ORDER |

On January 26, 2017, petitioner's habeas petition was summarily dismissed, and petitioner was granted thirty days' leave to file an amended petition. (ECF No. 11.) The thirty day period has expired, and petitioner has not filed an amended petition. Petitioner has consented to magistrate judge jurisdiction to conduct all proceedings in this action. (ECF No. 3.)

Accordingly, IT IS HEREBY ORDERED that this action is dismissed without prejudice. See Local Rule 110; Fed. R. Civ. P. 41(b).

Dated: March 21, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2 / wils2703.fta.hab

1