UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDREAU GERALD WILSON,<br><br>Petitioner,<br><br>v.<br><br>SAN QUENTIN PRISON,<br><br>Respondent. | No. 2:16-cv-2703 CKD P<br><br><br><br>ORDER |

This petition for writ of habeas corpus was dismissed on March 21, 2017. Documents filed by petitioner since the closing date will be disregarded and no orders will issue in response to future filings.

Dated: April 5, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/kly
wils2703.158